DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. KING

No. 170 PC.

Case below: 26 N.C. App. 86.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. LISK

No. 27.

Case below: 25 N.C. App. 659.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. LOCKLEAR

No. 189 PC.

Case below: 26 N.C. App. 300.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. MARR

No. 46.

Case below: 26 N.C. App. 286.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. MEDLEY and McCURDY

No. 195 PC.

Case below: 26 N.C. App. 331.

Petition by defendant McCurdy for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.